UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-07048-SPG(AGRx) | **JS-6** | Date February 10, 2023 |
| Title | Dan Liu v. Alejandro Mayorkas et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE**

On January 19, 2023, the Court issued an Order to Show Cause Re Dismissal for Lack of Prosecution. The deadline to respond was February 2, 2023, to date no response has been filed. For this reason, the case is dismissed without prejudice.

**IT IS SO ORDERED.**

: 

Initials of Preparer   pg